L. Bamberger & Co. *v.* United States

**No. 6530.**—Invoices dated Beeston, England, July 1943, etc.
Certified August 1943, etc.
Entered at Newark, N. J., August 24, 1943, etc.
Entry No. N–140, etc.

(Decided November 19, 1946)

*Strauss & Hedges* (*Hadley S. King* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

TILSON, Judge:   The appeals listed in schedule A, hereto attached and made a part hereof, bring before me the question of whether or not the amount of a so-called British purchase tax should be included as a part of the dutiable value of this merchandise.   The record shows that the issues herein are the same in all material respects as the issues involved in *United States* v. *Pitcairn*, C. A. D. 334, and the record therein has been admitted in evidence in this case.

Upon the established facts and following the authority cited, I find and hold the proper dutiable export values of the merchandise covered by these appeals to be the values found by the appraiser, less any additions made by the importer by reason of advances by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.

CHAS. H. ASCHE & CO., INC., ET AL. *v.* UNITED STATES

**No. 6531.**—Invoices dated Nottingham, England, February 27, 1946, etc.
Entered at New York, N. Y., April 5, 1946, etc.
Entry No. 750433, etc.

(Decided November 19, 1946)

*Strauss & Hedges* (*Hadley S. King* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

TILSON, Judge:   The appeals listed in schedule A, hereto attached and made a part hereof, involve the proper dutiable values of certain merchandise imported from Great Britain.   The record upon which said appeals have been submitted for decision shows that the issues herein are the same in all material respects as the issues involved in *United States* v. *Pitcairn*, C. A. D. 334, and the record therein has been admitted in evidence in this case.

Upon the established facts and following the authority cited, I find and hold the proper dutiable export values of the merchandise covered by said appeals to be the values found by the appraiser, less any amounts added on entry by the importers to meet advances made by the appraiser in similar cases then pending on appeal.   Judgment will be rendered accordingly.